## Weiss et al., Appellants, *v.* Weiss.

Argued January 14, 1974. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused
May 29, 1974.

*Robert F. Simone,* for appellants.

*Jack A. Rounick,* with him *Stanley A. Uhr, Michael Brodie,* and *Pechner, Sacks, Dorfman, Rosen & Richardson,* for appellee.

OPINION PER CURIAM, April 23, 1974:
Decree affirmed. Each side to pay own costs.

Mr. Chief Justice JONES took no part in the consideration or decision of this case.

Mr. Justice ROBERTS dissents.